United States District Court
Southern District of Texas
**ENTERED**
April 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FIRST SUPERIOR INVESTMENTS, LLC, § § Plaintiff, § VS. § HELLO MORTGAGE, INC.; fka § AMERIPRO FUNDING, INC., *et al*, § § Defendants. § | CIVIL ACTION NO. 3:17-CV-00342 |

## ORDER OF DISMISSAL

On April 19, 2019, the Plaintiffs and the Defendants filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 76) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 22nd day of April, 2019.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge